UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WENDY P. DRESSLER,<br><br>Plaintiff,<br><br>v.<br><br>LIME ENERGY,<br><br>Defendant. | Civ. No. 3:14-cv-07060 (FLW)(DEA)<br><br>**CONSENT ORDER DISMISSING COMPLAINT, WITH PREJUDICE, WITHOUT COSTS OR ATTORNEY FEES** |

**THIS MATTER** having been brought before the Court by the joint application of Wolf Haldenstein Adler Freeman & Herz LLP and Berkowitz, Lichtstein, Kurtisky, Giasullo & Gross, LLC, attorneys for Plaintiff Wendy P. Dressler ("Plaintiff") and Jackson Lewis P.C., attorneys for Defendant Lime Energy Services Co. (improperly pled as "Lime Energy") ("Defendant"); and

**WHEREAS,** this matter was stayed by order of the court dated July 20, 2017 (DN62) pending a decision by the Supreme Court of the United States in the matter of *Digital Realty Trust, Inc. v. Somers*, No. 16-1276; and

**WHEREAS,** the Supreme Court of the United States issued its decision in *Digital Realty Trust, Inc. v. Somers* on February 21, 2018; and

**WHEREAS,** the Supreme Court held that in order to be a whistleblower under Dodd-Frank Act's anti-retaliation provision, a person must first provide information relating to an alleged violation of the securities laws to the Securities and Exchange Commission (SEC), *Digital Realty Trust, Inc. v. Somers*, __ U.S. __, __ S.Ct. __, 200 L. Ed.2d 15, 2018 U.S. LEXIS 1377 (2018); and

**WHEREAS,** Plaintiff's only claim in this matter is under the Dodd-Frank Act

and it appearing that Plaintiff cannot successfully maintain a claim under said Act based on the decision in *Digital Realty Trust, Inc. v. Somers*.

IT IS on this 28th day of March 2018;

**ORDERED** Plaintiff's Complaint is hereby dismissed, in its entirety, with prejudice, and without costs or attorneys' fees to any party

_____
Freda L. Wolfson, U.S.D.J.

The undersigned agree to the form and entry of the within order:

BERKOWITZ, LICHTSTEIN, KURTISKY,
GIASULLO & GROSS, LLC
75 Livingston Ave
Roseland, New Jersey 07068
-and-
WOLF HALDENSTEIN ADLER FREEMAN
& HERZ LLP
270 Madison Avenue
New York, New York
Attorneys for Plaintiff

By: /s Stuart M. Kuritsky
    Stuart M. Kuritsky, Esq.
    Roy J. Thibodaux, III, Esq.
    Charles J. Hecht, Esq., *pro hac vice*
    Attorneys for Plaintiff

Dated: March 27, 2018

JACKSON LEWIS, P.C.
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, New Jersey 07960-6844

By: /s Richard J. Cino
    Richard J. Cino, Esq.
    Joseph C. Toris, Esq.
    Attorneys for Defendant

Dated: March 27, 2018

4825-7651-6959, v. 3